# Court of Appeals
# of the State of Georgia

ATLANTA, __October 30, 2014__

*The Court of Appeals hereby passes the following order:*

**A14A1332. WILLAMS v. BROOKS TRUCKING, INC. et al.**

The above-styled appeal was docketed on March 20, 2014. Appellant Emmett L. Williams did not file his brief within 20 days of docketing as required by Court of Appeals Rule 23 (a), and the appellees filed two motions to dismiss on that basis. On May 30, 2014, the appellant submitted two checks for the filing fee and the copy fees, but both checks were returned for insufficient funds. Following three extensions, the appellant submitted his brief on June 2, 2014. On September 24, 2014, this Court entered an order returning the appellant's brief to him because his filing fee had not been paid and ordering him to deliver a certified check for the full amount owed. To date, the appellant has failed to do so. Accordingly, this appeal is hereby **DISMISSED**.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* __10/30/2014__
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

__Stephen E. Castlen__ , *Clerk.*